UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOISES RIVAS,<br><br>            Plaintiff,<br><br>vs.<br><br>THOMAS M. HODGSON, Bristol County Sheriff, STEVEN SOUZA, Superintendent of the Bristol County House of Correction and Jail, CATRINA GONCALVES, Assistant Deputy Superintendent of the Bristol County Ash Street Jail and Regional Lock-Up, and JOHN DOE DEFENDANTS 1–10, unknown officers of the Bristol County Ash Street Jail and Regional Lock-Up; all individuals being sued in their individual and official capacity,<br><br>            Defendants. | Civil Action No. 1:18-cv-11275-PBS |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff Moises Rivas and Defendants Thomas M. Hodgson, Steven Souza, and Catrina Goncalves respectfully submit this joint request that the Court modify the current schedule[1] in this action by extending the deadlines approximately 90 days pursuant to Federal Rule of Civil Procedure 16(b)(4). The requested extension is needed because the parties require additional time to conduct and complete depositions following completion of Defendants supplemental document production.

Accordingly, the parties propose the following modified schedule:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Completion of fact discovery | November 15, 2019 | February 13, 2020 |
| Motions for summary judgment | January 17, 2020 | April 16, 2020 |
| Oppositions to motions for summary judgment | February 17, 2020 | May 18, 2020 |

---

[1] The current schedule was established by the Court's July 10, 2019 Order. Dkt. 49.

|US-DOCS\109350016.2||
AFDOCS/21072619.1/313201-00011