UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| MOISES RIVAS, <br><br>Plaintiff, <br><br>vs. <br><br>THOMAS M. HODGSON, Bristol County Sheriff, STEVEN SOUZA, Superintendent of the Bristol County House of Correction and Jail, CATRINA GONCALVES, Assistant Deputy Superintendent of the Bristol County Ash Street Jail and Regional Lock-Up, and JOHN DOE DEFENDANTS 1–10, unknown officers of the Bristol County Ash Street Jail and Regional Lock-Up; all individuals being sued in their individual and official capacity, <br><br>Defendants. | Civil Action No. 1:18-cv-11275-PBS |
|---|---|

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Plaintiff Moises Rivas and Defendants Thomas M. Hodgson, Steven Souza, and Catrina Goncalves respectfully submit this joint request that the Court modify the current schedule[1] in this action by extending the deadlines as set forth in the table below pursuant to Federal Rule of Civil Procedure 16(b)(4).

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Completion of fact discovery | February 13, 2020 | June 15, 2020 |
| Motions for summary judgment | April 16, 2020 | August 17, 2020 |
| Oppositions to motions for summary judgment | May 17, 2020 | September 17, 2020 |
| Summary judgment hearing | Yet to be set by the Court | Yet to be set by the Court |
| Pretrial conference | Yet to be set by the Court | Yet to be set by the Court |

---

[1] The current schedule was established by the Court's November 15, 2019 Order. Dkt. 53.

2/14/20 DENIED. However the scheduled depositions may go forward. The motion for summary judgment is due June 2. Patti Saris