UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

MOISES RIVAS,

              Plaintiff,

v.

THOMAS M. HODGSON, ET AL,

              Defendants.

CIVIL ACTION NO.
1:18-cv-11275-PBS

**SETTLEMENT ORDER OF DISMISSAL**

SARIS, D.J

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 45 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

6/4/2021

Date

By the Court,

/s/ Casey Baker
Deputy Clerk