# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOISES RIVAS,<br><br>                Plaintiff,<br><br>vs.<br><br>THOMAS M. HODGSON, Bristol County Sheriff, STEVEN SOUZA, Superintendent of the Bristol County House of Correction and Jail, CATRINA GONCALVES, Assistant Deputy Superintendent of the Bristol County Ash Street Jail and Regional Lock-Up, and JOHN DOE DEFENDANTS 1–10, unknown officers of the Bristol County Ash Street Jail and Regional Lock-Up; all individuals being sued in their individual and official capacity,<br><br>                Defendants. | Civil Action No. 1:18-cv-11275-PBS |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 68.2 of the United States District Court for the District of Massachusetts, Plaintiff Moises Rivas and Defendants Thomas M. Hodgson, Steven Souza, and Catrina Goncalves, in their individual and official capacities (collectively, the "Parties") hereby stipulate to the dismissal of this action and all claims asserted therein with prejudice in consideration of the Parties' June 28, 2021 Settlement Agreement (the "Agreement"). The Parties agree to bear their own attorneys' fees, costs, and expenses, and waive all rights to appeal, subject to the terms of the Agreement.

Dated:  September 14, 2021

/s/ Alexander P. Rothschild
Kenneth J. Parsigian (BBO #550770)
Alexander P. Rothschild (BBO #704521)
Michael F. Houlihan (BBO #705466)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Telephone:  (617) 948-6000
Facsimile:  (617) 948-6001
kenneth.parsigian@lw.com
alex.rothschild@lw.com
michael.houlihan@lw.com

Oren N. Nimni (BBO #691821)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street
Boston, MA 02110
Telephone: (617) 482-1145
Facsimile: (617) 482-4392
onimni@lawyersforcivilrights.org

*Counsel for Plaintiff*

Respectfully submitted,

/s/ Adam L. Littman
Adam L. Littman (BBO #673407)
Benjamin M. Greene (BBO #696850)
ARENT FOX LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6100
Facsimile: (617) 367-2315
adam.littman@arentfox.com
benjamin.greene@arentfox.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those identified as non-registered participants on September 14, 2021.

                                          /s/ Alexander P. Rothschild
                                          Alexander P. Rothschild